```
Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021
```

Attorney for Plaintiff and Putative Class

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>QUINSTREET, INC.<br>d/b/a Insure.com<br>   *Defendant*. | Case No.<br><br>3:25-cv-3071-SK<br><br><br><br>**NOTICE OF DISMISSAL** |

### NOTICE OF DISMISSAL

Plaintiff Peggy Banks, by her undersigned counsel, hereby voluntarily dismisses this action, with prejudice, as to Defendant, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE. The putative Class claims are dismissed without prejudice.

Dated: August 19, 2025            PLAINTIFF, individually and on behalf of all others similarly situated,

*/s/ Dana J. Oliver*

Dana J. Oliver (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, California 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021